82,450-01

## RYAN W. GERTZ
ATTORNEY AT LAW
BOARD CERTIFIED CRIMINAL LAWYER
TEXAS BOARD OF LEGAL SPECIALIZATION

**THE GERTZ LAW FIRM**
2630 Liberty, Beaumont, TX 77702
p: (409) 833-6400  f: (409) 833-6401
e: rgertz@gertzadair.com

March 24, 2015

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

RE:   CCA No. WR-82,150-01 – Ex Parte David Clifford Pedder, Jr.
      Cause No. A100640-R – In the 128th District Court, Orange County, Texas

To Whom it May Concern:

We have been retained to represent Mr. Pedder as part of his Writ Application to the 128th District Court. Enclosed is a copy of the letter of representation that was sent to the trial court.

Thank you for your assistance in this matter.

Please contact me should you have any questions or concerns.

Best Regards,

Ryan W. Gertz

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR ○ ○ ○

Abel Acosta, Clerk

**RYAN W. GERTZ**
ATTORNEY AT LAW
BOARD CERTIFIED CRIMINAL LAWYER
TEXAS BOARD OF LEGAL SPECIALIZATION

**THE GERTZ LAW FIRM**
2630 Liberty, Beaumont, TX 77702
p: (409) 833-6400  f: (409) 833-6401
e: rgertz@gertzadair.com

COPY

March 23, 2015

The Honorable Courtney Arkeen
Judge of the 128th District Court
Orange County
801 W. Division St.
Orange, TX 77630

RE:    **Notice of Representation of David Pedder, Jr. in Writ Application**

Dear Judge Arkeen,

As you know, I have been retained to represent David Pedder, Jr. as part of his Writ Application to the 128th District Court. Please consider this my formal notice of appearance for all purposes in the case.

The Court of Criminal Appeals has issued an Order regarding evidence gathering for a writ application filed by Mr. Pedder. We intend to file an amended writ application in the coming days. The Court's order appears to set a deadline of April 14, 2015 for the Court to resolve the issues set forth in the writ. We would ask for leave from your Court to request an extension of that deadline from the Court of Criminal Appeals to May 14, 2015 and ask the Court to set the matter for a hearing in the next forty-five days.

Additionally, we would request the Court consider bench warranting Mr. Pedder to Orange county for the month prior to the hearing so that counsel can readily communicate with him in person. He is currently being housed at the Wynne Unit in Huntsville making any attorney client meetings a four hour round trip drive and a full day affair.

Thank you in advance for your assistance and please do not hesitate to contact me if you have any questions.

Best Regards,

Ryan W. Gertz

CC: Phillip Smith, Jr.